UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH MILLS #10383** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 09-7453** |
| **STATE OF LOUISIANA** | * | **SECTION: "F"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Kenneth Mills for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DENIED WITH PREJUDICE.

New Orleans, Louisiana, this 15th day of _____July_____, 2013.

_____
UNITED STATES DISTRICT JUDGE